# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2341. JEROMIE FOLSON v. HEATHER ROBINSON et al.**

In this wrongful termination action, Jeromie Folson appeals from the trial court's award of $12,500 in attorney fees under OCGA § 9-15-14(a) & (b). However, an appeal from a trial court order awarding attorney fees under OCGA § 9-15-14 must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(10), (b); *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Consequently, Folson's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/02/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.